COMMONWEALTH of Pennsylvania,
Petitioner

v.

Floyd COLEMAN, Respondent.

Supreme Court of Pennsylvania.

May 24, 2005.

## *ORDER*

PER CURIAM.

And now, this 24th day of May, 2005, the Petition for Allowance of Appeal is **GRANTED IN PART,** and the portion of the order of the Superior Court reimposing respondent's original sentence is hereby **VACATED** pursuant to *Commonwealth v. Ward,* 524 Pa. 48, 568 A.2d 1242, 1244 (1990) (vacating and remanding for resentencing where Superior Court attempted to superimpose its judgment on trial court by directing sentence to be imposed; appellate court has no power to impose sentence, which is power to be exercised exclusively by trial court). The matter is **REMANDED** to the trial court for resentencing.